UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

AMY BLEILE,

        Plaintiff,

v.    Case No. 17-cv-103-SLC

CITY OF FORT ATKINSON, WISCONSIN,

        Defendant.

## STIPULATED DISMISSAL WITH PREJUDICE

NOW COME the parties, Amy Bleile and City of Fort Atkinson, Wisconsin, by and through their counsel, and stipulate and agree to the dismissal of all claims contained in the above-captioned lawsuit with prejudice and without costs or fees to any party. The parties request that the Court enter the Order which follows immediately below.

Dated this 23rd day of October, 2017.

| AXLEY BRYNELSON, LLP | SCHWARTZ, ROLLER & ZWILLING |
|---|---|
| */s/Kevin D. Trost* | */s/Edward I. Zwilling* |
| Kevin D. Trost, State Bar No. 1028231 | Edward I. Zwilling |
| Attorneys for Jesse Nowak and Christina Nowak | Attorneys for Amy Bleile |
| 2 East Mifflin Street, Suite 200 | 600 Vestavia Parkway, Suite 251 |
| Madison, WI 53701-1767 | Birmingham, AL 35216 |
| Telephone: (608) 257-5661 | Telephone: 205-822-2701 |
| Facsimile: (608) 257-5444 | Facsimile: 205-822-2702 |
| Email: ktrost@axley.com | E-mail: ezwilling@szalaw.com |

## ORDER

The Court, having reviewed the parties' Stipulated Dismissal with Prejudice, and being duly advised in the premises, hereby enters the following order consistent with the parties' stipulation;

IT IS HEREBY ORDERED that the claims contained in the above-captioned lawsuit are dismissed with prejudice and without costs.

Dated this \_\_\_\_ day of October 2017.

_____
James D. Peterson
U.S. District Judge